Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed March 16, 2015, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 Taking into account all of the relevant facts and circumstances surrounding the purported waiver of the defendant’s right to appeal, we find that it was invalid (see People v Seaberg, 74 NY2d 1, 11 [1989]). However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Chambers, Roman, Cohen and Hinds-Radix, JJ., concur.